## (March 16, 1967)

■ BURKINS & FOLEY, INC., Respondent, v. GEORGE GOLOWATY, Doing Business as COMMERCIAL GMC TRUCK SALES & SERVICE, Appellant.— Motion insofar as it seeks to require appellant to comply with CPLR 5529 (subds. [c], [d]) granted, and appeal dismissed unless a corrected appendix shall be filed within 10 days from the date hereof; and motion in all other respects denied. (CPLR 5528, subd. [a], par. 5; *E. P. Reynolds, Inc.* v. *Nager Elec. Co.,* 17 N Y 2d 51.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

## (March 17, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD B. HOLLO-BAUGH, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital. (See *People ex rel. Pylypcuk* v. *Herold,* 25 A D 2d 690.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VARNEY JAMES DOWD, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital. (See *People ex rel. Pylypcuk* v. *Herold,* 25 A D 2d 690.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.